

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-13-00293-CV

**IN THE INTEREST OF N.J.D.** A Child,

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. FL-11-356
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Appellate Review Placement Hearing is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court